PEOPLE v. RUBIN.

(Supreme Court, Appellate Division, First Department. April 3, 1914.)

APPEAL AND ERROR (§ 1170*)—AFFIDAVIT—HARMLESS ERROR.
    Technical errors not affecting substantial rights will be disregarded on appeal under Code Cr. Proc. § 542.
    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4032, 4066, 4075, 4098, 4101, 4454, 4540–4545; Dec. Dig. § 1170.*]

Appeal from Trial Term, New York County.

Robert J. Rubin was convicted of arson in the second degree, and appeals. Affirmed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Robert H. Elder, of New York City, for appellant.
Robert S. Johnstone, of New York City, for the People.

DOWLING, J. A careful examination of the record herein convinces us of the defendant's guilt of the crime of which he was convicted, and that no other conclusion could properly have been arrived at by the jury. There was, in our opinion, sufficient corroboration of the testimony of the accomplice Stein by other evidence tending to connect the defendant with the commission of the crime, and satisfying the requirements of section 399, Code of Criminal Procedure. While we find some technical errors in the course of the trial presented for our consideration by exceptions properly taken, we do not believe that they affect the substantial rights of the defendant, and therefore we feel justified in disregarding them, pursuant to the provisions of section 542, Code of Criminal Procedure.

The judgment of conviction will therefore be affirmed. All concur.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes